UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

March 20, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Jimmy Hebert, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-925 |
| | § | |
| Marathon Oil Company, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order Transferring Case

This case is transferred to the United States District Court for the Southern District of Texas, Galveston Division. (6)

Signed on March 19, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge